UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                              Jane K. Castro
Clerk of Court                                                                    Chief Deputy Clerk

December 13, 2022

Mr. Robert Mansfield
Mitchell, Barlow & Mansfield
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, UT 84111

   **RE:**       **22-9583, Kunz v. FAA**
                 Dist/Ag docket: FAA 16-21-06

Dear Counsel:

Your petition for review has been docketed, and the case number is above. **Within 14 days** from the date of this letter, Petitioner's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.

**Also within 14 days**, Respondent's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

In addition, **within 14 days**, counsel for any non-governmental corporation must electronically file a 26.1 Disclosure Statement (Form 4) per 10th Cir R. 26.1(A). A disclosure statement must be filed even if there is nothing to disclose, and must be promptly updated as necessary. *See* 10th Cir. R. 26.1(A).

Within 40 days from the date of service of the petition for review, the respondent agency shall file the record or a certified list. *See* Fed. R. App. P. 17. If a certified list is filed, the entire record, or the parts the parties may designate, must be filed on or before the deadline set for filing the respondent's brief. *See* 10th Cir. R. 17.1.

We have served the petition for review on the respondent agency via US Mail. Petitioner must serve a copy of the petition for review on all parties, other than the respondent(s), who participated in the proceedings before the agency. *See* Fed. R. App. P. 15(c).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   General Counsel, FAA
      General Counsel, NTSB
      Marc A. Nichols
      Billy Nolan

CMW/sds