# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| NEIL KUNZ,<br><br>    Petitioner,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>    Respondents. | Case No. 22-9583 |

## DOCKETING STATEMENT

Appeal Number:          22-9583

Case Name:             Neil Kunz v. Federal Aviation Administration

Party Filing Petition:   Neil Kunz

Respondent:            Federal Aviation Administration

Prior or Related Appeals in the Tenth Circuit:    None.

**I.   Jurisdiction Over Appeal Or Petition For Review.**

   **Review of Agency Order**

   1.   Date of the order to be reviewed:        November 2, 2022

   2.   Date petition for review was filed:      December 13, 2022

3. **Statute or other authority granting the Tenth Circuit Court of Appeals jurisdiction to review the order:** 49 U.S.C. § 46110 and 14 C.F.R. § 16.247

4. **Time limit for filing the petition:** Not later than 60 days after the order is issued (49 U.S.C. § 46110) or not later than 60 days after the order has been served on the party or within 60 days after the entry of an order under 49 U.S.C. § 46110 (14 C.F.R. § 16.247).

## II. Brief Description Of The Nature Of The Underlying Case And Result Below.

Petitioner filed a complaint against Salt Lake City Corporation, Salt Lake City Department of Airports (the "Department"), including Bolinder Field-Tooele Valley Airport (the "Airport") (collectively the "City"), alleging that the City violated grant assurances with respect to funding provided for the Airport. Petitioner alleged that the City violated Grant Assurance 35, *Relocation and Real Property Acquisition*, by failing to acquire an interest in Petitioner's property and by refusing to pay litigation expenses, including attorneys' fees, arising from the City's failed effort to acquire an avigation easement across Petitioners' property.

A Director's Determination was given on or about March 9, 2022 concluding that the City had not violated its grant assurances. Petitioner appealed the Director's Determination to the Associate Administrator of the FAA, which affirmed the Director's Determination. The Associate Administrator concluded

that the Director's determination was properly supported and was consistent with applicable law, precedent, and policy. The Associate Administrator issued a Final Agency Decision on November 2, 2022. In this appeal, Petitioner seeks review of the Associate Administrator's Final Agency Decision.

**III.    Identification Of The Issues To Be Raised In This Appeal**

**Issue 1:** Did the FAA properly conclude that the City did not violate Grant Assurance 35, *Relocation and Real Property Acquisition*, by failing to acquire an interest in Petitioner's property?

**Issue 2:** Did the FAA properly conclude that the City did not violate Grant Assurance 35, *Relocation and Real Property Acquisition*, by refusing to pay litigation expenses, including attorneys' fees, arising from the City's failed effort to acquire an avigation easement across Petitioners' property?

**Issue 3:** Did the FAA properly conclude it lacked jurisdiction to consider issues raised by Petitioner's complaint?

**Issue 4:** Did the FAA properly deny Petitioner's Petition for Consideration of New Evidence?

**Reservation:** Pursuant to 10th Cir. R. 3.4(B), Petitioner reserves the right to raise in his opening brief issues that have not been raised in this docketing statement.

**IV.     Attorney Filing Docketing Statement**

Robert E. Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 998-8888
Email: RMansfield@mbmlawyers.com


DATED this 23rd day of December, 2022.


/s/ Robert E. Mansfield
Robert E. Mansfield, Utah Bar No. 6272
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: RMansfield@mbmlawyers.com
*Attorneys for Petitioner Neil Kunz*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on December 23, 2022 via United States mail to the following:

Federal Aviation Administration
Office of the Chief Counsel
Marc Nichols, Chief Counsel
800 Independence Avenue SW
Washington, DC 20591

Billy Nolen, Acting Administrator
800 Independence Avenue SW
Washington, DC 20591

National Transportation Safety Board
490 L'Enfant Plaza East, S.W.
Washington, DC 20594

/s/ Cassie Thompson