CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

July 12, 2023

Robert Mansfield, Esq.
Mitchell, Barlow & Mansfield
Nine Exchange Place, Suite 600
Salt Lake City, UT  84111

Caroline D. Lopez, Esq.
U.S. Department of Justice
Appellate Section, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

Samantha J. Slark, Esq.
Salt Lake City Attorney's Office
451 South State Street, Suite 505A
Salt Lake City, UT  84114

RE:  No. 22-9583 – Neil Kunz v. Federal Aviation Administration

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the petitioner's brief is extended to **January 12, 2024**.

Sincerely,

*[signature]*

Kevin J. Kinnear

KJK:dm